**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: K.A.R.J., A    :  No. 201 EAL 2019
MINOR                               :
                                       :
                                       :  Petition for Allowance of Appeal from
PETITION OF: M.J., MOTHER   :  the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.